IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| CYNTHIA JAMES, JEFFREY MORGAN, and SYLVIA KEENER,<br><br>Plaintiffs,<br><br>-v-<br><br>PROCTER & GAMBLE, THE PROCTER & GAMBLE VOLUNTARY LIFE INSURANCE BUY-UP PLAN, and LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendants. | C.A. NO. 6:15-CV-05000-MGL |

### ORDER STAYING THE DEADLINES IN THE COURT'S SPECIALIZED ERISA CASE MANAGEMENT ORDER

This matter is before the Court on the unopposed Motion of Defendants The Procter & Gamble Company and The Procter & Gamble Voluntary Life Insurance Buy-Up Plan to stay the deadlines in the Court's Specialized ERISA Case Management Order (ECF No. 10), pending an early mediation in this matter. Having considered the Motion and for good cause shown, it is

**ORDERED** and **ADJUDGED** that:

1. Defendants' Motion is **GRANTED**.

2. On or before March 31, 2016, the Parties shall submit to the Court either (1) a proposed amended scheduling order or (2) a motion seeking an amended scheduling order.

**IT IS SO ORDERED**.

s/Mary Geiger Lewis
Dated: March 4, 2016          Mary Geiger Lewis
Columbia, South Carolina     United States District Judge